IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTIAN H. F. RILEY,

     Appellant,

v.

SARA B. RILEY, N/K/A SARA
B. DIPAOLO,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2386, 1D13-4004

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

William S. Graessle of William S. Graessle, P.A., Jacksonville, for Appellant.

Samuel S. Jacobson of Bledsoe, Jacobson, Schmidt, Wright and Wilkinson, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.